# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     212-465-1188
                     cklee@leelitigation.com

May 26, 2020

**Via ECF**

The Honorable Eric R. Komitee, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza,
Central Islip, New York 11722

>           Re:     *Allen v. Lodging Solutions, LLC., et al.*
>                   Case No. 2:20-cv-00859

Dear Judge Komitee:

We are counsel for Plaintiff. We write to inform Your Honor that Plaintiff intends to file a First Amended Complaint in response to Defendants' letter requesting a pre-motion conference (Dkt. No. 37). Plaintiff will file the First Amended Complaint by June 3, 2020.

We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:     All parties via ECF