# Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct: 212-465-1188
cklee@leelitigation.com

September 14, 2020

**Via ECF**
The Honorable Arlene R. Lindsay, U.S.M.J.
United States District Court
Eastern District of New York
814 Federal Plaza,
Central Islip, New York 11722

> Re: *Allen v. Lodging Solutions, LLC., et al.*
> Case No. 2:20-cv-00859

Dear Judge Lindsay,

We represent the Plaintiff. We write, jointly with Defendant, to advise the Court that the parties have not settled this matter. The parties have elected to pursue private mediation. The parties further respectfully request that they be permitted to file a status report on December 15, 2020 to apprise the Court of the status of mediation.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.
LEE LITIGATION GROUP, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
(212) 465-1188
*Counsel for Plaintiff, FLSA Collective*
*Plaintiffs and the Class*