# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: 212-465-1188
cklee@leelitigation.com

March 15, 2021

**Via ECF**
The Honorable Arlene R. Lindsay, U.S.M.J.
United States District Court
Eastern District of New York
814 Federal Plaza,
Central Islip, New York 11722

      Re:  *Allen v. Lodging Solutions, LLC, et al.*
         Case No. 2:20-cv-00859

Dear Judge Lindsay,

  We are counsel to Plaintiff. We write jointly with counsel for Defendants to provide a status report regarding mediation pursuant to Your Honor's December 16, 2020 Order.

  The parties have scheduled a mediation for April 8, 2021, with Mr. Martin Scheinman, Esq. of Scheinman Arbitration & Mediation Services.

  Therefore, the parties respectfully request until April 16, 2021 to file a status report to apprise the Court of the results of the mediation.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.
LEE LITIGATION GROUP, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
(212) 465-1188
*Counsel for Plaintiff, FLSA Collective
Plaintiffs and the Class*

cc: all parties via ECF