

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

Aaron N. Solomon, Esq.
ASolomon@kdvlaw.com

April 16, 2021

**VIA ECF**

The Honorable Arlene R. Lindsay, U.S.M.J.
United States District Court
Eastern District of New York
814 Federal Plaza,
Central Islip, New York 11722

      Re: *Allen v. Lodging Solutions, LLC, et al.*
        Case No. 2:20-cv-00859

Dear Judge Lindsay,

  As the Court is aware, this firm represents Lodging Solution LLC (the "Defendant") in the above-referenced matter. Pursuant to Your Honor's Order dated March 17, 2021, please allow this correspondence to serve as the Parties' joint status report on mediation.

  The Parties attended a mediation before Martin F. Scheinman, Esq. on April 8, 2021. The Parties are still negotiating terms and look to report back to the Court in twenty-one (21) days with a further status update.

  We thank Your Honor for your attention to this matter.

           Respectfully submitted,
           Kaufman Dolowich & Voluck LLP

           Aaron N. Solomon

cc:  All Counsel via ECF