# Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct: (212) 661-1008
anne@leelitigation.com

**VIA ECF**

May 4, 2021

The Honorable Arlene R. Lindsay, U.S.M.J.
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, NY 11722

      Re: *Allen v. Lodging Solutions, LLC et al.*
           No. 20-cv-00859

Dear Judge Lindsay:

    We are counsel to Plaintiff in the above-referenced matter and write jointly with counsel to Defendants. Pursuant to Your Honor's Order dated April 19, 2021, we write to inform Your Honor that the Parties have reached a settlement in principle and entered into a Term Sheet. We will endeavor to submit our class settlement agreement and a motion for preliminary approval of such settlement by June 4, 2021.

    In view of the foregoing, we respectfully request a stay of all proceedings.

    We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ Anne Seelig*


cc: all parties via ECF