# Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:  212-465-1188
        cklee@leelitigation.com

June 1, 2021

**<u>Via ECF</u>**
The Honorable Arlene R. Lindsay, U.S.M.J.
United States District Court
Eastern District of New York
814 Federal Plaza,
Central Islip, New York 11722

      Re: *Allen v. Lodging Solutions, LLC, et al.*
         <u>Case No. 2:20-cv-00859</u>

Dear Judge Lindsay,

  We are counsel to Plaintiff. We write jointly with counsel for Defendants to respectfully request an extension to submit the class settlement agreement and motion for preliminary approval for the settlement.

  By its May 5, 2021 Scheduling Order, the Court directed the parties to submit a class settlement agreement and a motion for preliminary approval of the settlement by June 4, 2021. The parties are still in the process of finalizing the class settlement agreement and therefore respectfully request that the deadline for the parties to same for preliminary approval be extended from June 4, 2021 to June 30, 2021. This is the first request for an extension.

  We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.
LEE LITIGATION GROUP, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
(212) 465-1188
*Counsel for Plaintiff, FLSA Collective Plaintiffs and the Class*

cc: all parties via ECF