# Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:  212-661-1008
anne@leelitigation.com

October 11, 2022

**Via ECF**
The Honorable Arlene R. Lindsay, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *Allen v. Lodging Solutions LLC*
     Case No.: 20-cv-0859

Dear Judge Lindsay:

  Pursuant to the Court's instructions on October 11, 2022, please see the revised Proposed Notice to Class, attached hereto as **Exhibit A**.

  We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ Anne Seelig*
Anne Seelig, Esq.

Encl.